7969-0048/dmf

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ARLINE BROWN, as Administratrix of Estate of KEVIN BROWN, Deceased,

                                Plaintiff,

    -against-

CITY OF NEWBURGH, THE CITY OF NEWBURGH POLICE DEPARTMENT, ERIC PAOLILLI, Individually and in his official capacity as the Chief of Police and a police officer employed by the City of Newburgh Police Department by the City of Newburgh, ERIK ELTZ, Individually and in his official capacity as a police officer employed in the City of Newburgh Police Department by the City of Newburgh, FRANK LABRADA, Individually and in his official capacity as a police officer employed in the city of Newburgh Police Department by the City of Newburgh, DONALD CAMPBELL, Individually and in his official capacity as a police officer employed in the City of Newburgh Police Department by the City of Newburgh, WILLIAM ROSE, Individually and in his official capacity as a police officer employed in the City of Newburgh Police Department by the City of Newburgh, and PAUL WEBER, Individually and in his official capacity as a police officer employed in the City of Newburgh Police Department by the City of Newburgh,

                                Defendants.

-------------------------------------------------------------------x

**STIPULATION EXTENDING TIME TO ANSWER**

08 CIV 5088 (KMK)

     IT IS HEREBY STIPULATED by and between the parties to this action that

7969-0048/dmf

defendants time to answer or move with respect to the Complaint be extended to August 15, 2008.

DATED: July 16, 2008

M<sup>c</sup>CABE & MACK LLP

By: _____
      DAVID L. POSNER (0310)
*Attorneys for Defendants*
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
Tel. (845)486-6800

LARKIN, AXELROD, INGRASSIA & TETENBAUM

By: _____
      JOHN TACKACH
*Attorneys for Plaintiff*
356 Meadow Avenue
Newburgh, NY 12660
Tel. (845) 562-3366

SO ORDERED:

_____
HON. KENNETH M. KARAS

DATED:    White Plains, New York
          July 27, 2008