UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| ARLINE BROWN, as Administratrix of Estate of KEVIN BROWN, Deceased, | **AFFIDAVIT OF SERVICE** |
| Plaintiff, | 08 CIV 5088 (KMK) |
| -against- | |
| CITY OF NEWBURGH, THE CITY OF NEWBURGH POLICE DEPARTMENT, ERIC PAOLILLI, Individually and in his official capacity as the Chief of Police and a police officer employed by the City of Newburgh Police Department by the City of Newburgh, ERIK ELTZ, Individually and in his official capacity as a police officer employed in the City of Newburgh Police Department by the City of Newburgh, FRANK LABRADA, Individually and in his official capacity as a police officer employed in the city of Newburgh Police Department by the City of Newburgh, DONALD CAMPBELL, Individually and in his official capacity as a police officer employed in the City of Newburgh Police Department by the City of Newburgh, WILLIAM ROSE, Individually and in his official capacity as a police officer employed in the City of Newburgh Police Department by the City of Newburgh, and PAUL WEBER, Individually and in his official capacity as a police officer employed in the City of Newburgh Police Department by the City of Newburgh, | |
| Defendants. | |

-------------------------------------------------------------------------x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF DUTCHESS       )

    DONNA M. FELLER, being duly sworn, deposes and says:

    I am a Secretary with the law office of M<sup>c</sup>Cabe & Mack LLP, attorneys for respondents and am over 18 years of age.

On the 3rd day of September, 2008 I served a copy of the attached **ANSWER** upon the following parties whose name is hereinafter set forth by depositing a true copy of same in a securely enclosed wrapper, at the postal box located on Mansion Street in Poughkeepsie, New York, which box is under the exclusive custody and care of the United States Post Office, which copies are directed to said parties at the addresses set after their respective names, that being the address within the State designated by them for that purpose, to wit:

<u>Name and address of Parties</u>

James Fedorchak, Esq.
Gellert & Klein, P.C.
75 Washington Street
Poughkeepsie, NY 12601

DONNA M. FELLER

Sworn to before me this
3rd day of September, 2008.

Notary Public

LOUISE A. PEZANOWSKI
Notary Public, State of New York
No. 4837382
Qualified in Dutchess County
Commission Expires Aug. 31, 20 09